IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03110-CMA-BNB

KIM DODGE,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF TELLER COUNTY, and
BETTY CLARK-WINE, in her capacity as Teller County Assessor,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Extend Scheduling Order Deadlines** [docket no. 19, filed May 15, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
    The parties shall designate all experts and provide opposing
    counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
    on or before **July 2, 2014**;

    The parties shall designate all rebuttal experts and provide
    opposing counsel with all information specified in Fed. R. Civ. P.
    26(a)(2) on or before **August 11, 2014**;

| | |
|---|---|
| Discovery Cut-off: | **September 12, 2014;** |
| Dispositive Motion Deadline: | **October 14, 2014**. |

DATED:  May 16, 2014