IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-03110-CMA-BNB

KIM DODGE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF TELLER COUNTY, and
BETTY CLARK-WINE, in her capacity as Teller County Assessor,

    Defendant.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF
PARTY DEFENDANT AND TO AMEND CAPTION**

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss Betty Clark-Wine With Prejudice (Doc. # 22). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Betty Clark-Wine, in her capacity as Teller County Assessor, is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pay her own costs and attorney fees.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Betty Clark-Wine, in her capacity as Teller County Assessor, as a Defendant in this case.

DATED:  August __25__, 2014

                                                        BY THE COURT:

                                                        _____
                                                        CHRISTINE M. ARGUELLO
                                                        United States District Judge