IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-03110-CMA-BNB

KIM DODGE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF TELLER COUNTY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    Pursuant to the Stipulated Motion to Dismiss With Prejudice (Doc. # 24), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs, in full.

    DATED: September __03__, 2014

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge